# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Sorptive Minerals Institute, et al vs. MSHA, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2663 **for the following party(s): (please specify)**

Mine Safety and Health Administration; Lori Chavez-DeRemer, Secreatry of Labor, United States Department of Labor; United States Department of Labor

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Brad J. Mantel    s/: *Brad J. Mantel*

Firm Name: United States Department of Labor, Office of the Solicitor

Business Address: 200 Constitution Ave NW, Suite N4420-N4430

City/State/Zip: Washington, DC 20210

Telephone Number (Area Code): (202) 693-9331

Email Address: mantel.brad.j@dol.gov

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 4/18/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: